1:15-cv-03555-MBS     Date Filed 09/14/16     Entry Number 27     Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Tracy Worthy, ) | |
| ) | C/A No. 1:15-3555-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| Carolyn W. Colvin, Acting Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Tracy Worthy brought this action to obtain judicial review of a final decision of Defendant Acting Commissioner of Social Security denying Plaintiff's application for disability insurance benefits. On June 1, 2016, the court remanded the case to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This matter now is before the court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, which motion was filed August 30, 2016. By stipulation filed September 12, 2016, counsel for both parties inform the court that, on consultation, the parties have agreed that an award of attorney's fees of $3,455.75 and expenses of $23.49 is reasonable in this case.

Plaintiff's motion for fees under the EAJA (ECF No. 24), as modified by stipulation (ECF No. 25), is **granted** in the amount of $3,479.24, such amount to be made payable directly to Plaintiff, as required by Astrue v. Ratliff, 560 U.S. 586 (2010). The award is without prejudice to the rights of

Plaintiff's counsel to seek attorney's fees under 42 U.S.C. § 406.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

September 14, 2016